UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH BUQUET | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| TALOS ENERGY OFFSHORE L.L.C., | * | SECT.        MAG. |
| TALOS ENERGY L.L.C., TALOS | * | |
| THIRD COAST L.L.C., ISLAND | * | JUDGE |
| OPERATING COMPANY, INC. AND | * | MAGISTRATE |
| C & G BOATS, INC. | * | **JURY DEMAND** |

## **COMPLAINT FOR DAMAGES**

The complaint of Kenneth Buquet, an individual of the full age of majority, represents:

1.

Subject matter jurisdiction exists in this Court pursuant to 28 U.S.C. Sec. 1332, and 43 U.S.C. Sections 1333 and 1349.

2.

Venue is appropriate in this district under 28 U.S.C. 1391(b)(3) because one or more of the defendant are subject to personal jurisdiction in this district under 43 U.S.C 1349(b)(1) because the events giving rise to the claims asserted in this complaint occurred off the coast of Louisiana and this district is the nearest forum, and because one or more of the defendants reside and may be found in this judicial district.

3.

Made defendant herein is Talos Energy Offshore L.L.C. which was, at all times pertinent hereto, a foreign limited liability company licensed to do and doing business

1

within the State of Louisiana, and it conducts business within this district, and at all times owned and operated an oil and gas platform located on the outer-continental shelf known as VIOSCA KNOLL 215-A.

4.

Also made defendant herein is Talos Energy L.L.C. which was, at all times pertinent hereto, a foreign limited liability company licensed to do and doing business within the State of Louisiana, and it conducts business within this district, and at all times owned and operated an oil and gas platform located on the outer-continental shelf known as VIOSCA KNOLL 215-A.

5.

Also made defendant herein is Talos Third Coast L.L.C. which was, at all times pertinent hereto, a foreign limited liability company licensed to do and doing business within the State of Louisiana, and it conducts business within district, and at all times owned and operated an oil and gas platform located on the outer-continental shelf known as VIOSCA KNOLL 215-A.

6.

Also made defendant herein is Island Operating Company, Inc. which was, at all times pertinent hereto, a domestic corporation licensed to do and doing business within the State of Louisiana, and it conducts business within this district, and was at all times the designated operator of platform identified at VIOSCA KNOLL 215-A, and it is the employer of the crane operator or operators on the platform.

7.

Also made defendant herein is C & G Boats, Inc., which was, at all times pertinent hereto, a domestic corporation licensed to do and doing business within the State of Louisiana, and it conducts business within this district, and was at all times the owner and operator of the M/V THERESE DANOS, which vessel at all times pertinent to this occurrence, operated on the navigable waters of the Gulf of Mexico, and adjacent to the VIOSCA KNOLL 215-A platform.

8.

On or about June 7, 2022, Plaintiff, Kenneth Buquet, was employed by Performance Energy Services, L.L.C. as a quality control inspector supervisor and was working in the course and scope of his employment with that company, and was attempting a personnel basket transfer from the deck of the M/V THERESE DANOS, owned and operated by defendant, C & G Boats, Inc. to the VIOSCA KNOLL 215-A platform located on the outer continental shelf adjacent to the State of Louisiana, and which was owned, operated, controlled and under the garde of one or more of the defendants listed in paragraphs 2 through 4, above.

9.

At the said time and in the course and scope of his employment, Plaintiff and two others were attempting a personnel basket transfer, when due to unsafe sea conditions and unsafe conditions on the deck of the M/V THERESE DANOS, and due to the negligence of the crane operator, employed by defendant, Island Operating Company, Inc., and the negligence of the operator of the M/V THERESE DANOS, owned and operated by C & G

Boats, Inc., the personnel basket violently contacted material and equipment on the deck of the vessel, causing Plaintiff to injure his back.

10.

Kenneth Buquet asserts that the cause of the aforementioned accident was caused by the negligence of defendants, Talos Energy Offshore L.L.C., Talos Energy L.L.C. and Talos Third Coast L.L.C., their employees or agents and by the strict liability of the Defendants and was a direct result of defendants failing to provide Plaintiff with a safe place to work and for the acts and omissions of its employees, agents and contractor representatives, for conducting and allowing an attempted personnel basket transfer under rough and hazardous sea conditions.

11.

The injuries sustained by Kenneth Buquet include severe injuries to his body and mind, including but not limited to, his back and other serious and permanently disabling injuries to the body and mind that will prevent him from performing the necessary duties of an able-bodied quality control inspector supervisor for the rest of his life and, on information and belief, any occupation requiring heavy manual labor.

12.

Because of said injuries and damages, Kenneth Buquet has endured severe pain and suffering and mental anguish, and he will continue to so suffer and has and will sustained loss of income and may have to undergo back surgery in the future.

13.

Plaintiff alleges, on information and belief, that he will in the future, because of said injuries and damages to his body and mind, endure pain and suffering and mental anguish as well as loss of income and other elements of damages, both pecuniary and non-pecuniary, all of which entitles Plaintiff, Kenneth Buquet, to damages that are reasonable in the premises.

14.

Plaintiff desires and is entitled to a trial by jury on all issues.

**WHEREFORE**, Kenneth Buquet prays that process in due form of law and according to the Federal Rules of Civil Procedure issue against Defendants, Talos Energy Offshore L.L.C., Talos Energy L.L.C., Talos Third Coast L.L.C., Island Operating Company, Inc. and C & G Boats, Inc., directing them to appear and answer, all and singular, the matters aforesaid; that after due proceedings have been had, there be judgment in favor of Plaintiff, Kenneth Buquet, and against the Defendants, Talos Energy Offshore L.L.C., Talos Energy L.L.C., Talos Third Coast L.L.C., Island Operating Company, Inc. and C & G Boats, Inc., jointly and in solido, for damages in an amount reasonable under the circumstances of this cause, together with legal interest from date of judicial demand and for all costs of these proceedings;

Plaintiff further prays for all general and equitable relief which the justice of the cause may require and to which they may otherwise be entitled and that all experts' fees be taxed as costs.


Plaintiff further prayers for a trial by jury on all issues.

                Respectfully submitted:

                MORRIS BART, L.L.C.
                ATTORNEYS FOR PLAINTIFF
                601 POYDRAS STREET, 24TH FLOOR
                NEW ORLEANS, LA 70130
                TELEPHONE: (504) 525-8000
                FACSIMILE: (504) 324-0738
                EMAIL: sjohnson@morrisbart.com

BY:   /s/ *Stephen J. Johnson*
                _____
                STEPHEN J. JOHNSON, Bar #22439